

**Corporate Creations Network Inc.**
801 US Highway 1 North Palm Beach, FL 33408

The GEO Group, Inc.  03/16/2021
Joseph Negron SVP & General Counsel
The GEO Group, Inc.
4955 Technology Way
Boca Raton FL 33431

# SERVICE OF PROCESS NOTICE

The following is a courtesy summary of the enclosed document(s).  **ALL information should be verified by you.**

Item: 2021-130

Note: Any questions regarding the substance of the matter described below, including the status or how to respond, should be directed to the contact set forth in line 12 below or to the court or government agency where the matter is being heard. IMPORTANT: All changes or updates to the SOP contact individuals or their contact information must be submitted in writing to SOPcontact@corpcreations.com. Any changes will become effective upon written confirmation of Corporate Creations.

| 1. | Entity Served: | The GEO Group, Inc. |
|---|---|---|
| 2. | Title of Action: | Re: Claude Owen Wilson |
| 3. | Document(s) Served: | Letter<br>Part A Offender Claim<br>Proof of Service |
| 4. | Court/Agency: | Brunswick County Circuit Court |
| 5. | State Served: | Virginia |
| 6. | Case Number: | CL20000305-00 |
| 7. | Case Type: | |
| 8. | Method of Service: | Certified Mail |
| 9. | Date Received: | Monday 03/15/2021 |
| 10. | Date to Client: | Tuesday 03/16/2021 |
| 11. | # Days When Answer Due:<br>Answer Due Date: | Not Applicable | CAUTION: Client is solely responsible for verifying the accuracy of the estimated Answer Due Date. To avoid missing a crucial deadline, we recommend immediately confirming in writing with opposing counsel that the date of the service in their records matches the Date Received. |
| 12. | Sop Sender:<br>(Name, City, State, and Phone Number) | Brunswick County Circuit Court<br>Portsmouth, VA |
| 13. | Shipped To Client By: | Regular Mail and Email with PDF Link |
| 14. | Tracking Number: | |
| 15. | Handled By: | 471 |
| 16. | Notes: | Please note this appears to be from a pro se plaintiff.<br>Please note that the original document contains images, as a courtesy the original is being sent to your attention by regular mail. |

NOTE: This notice and the information above is provided for general informational purposes only and should not be considered a legal opinion. The client and their legal counsel are solely responsible for reviewing the service of process and verifying the accuracy of all information. At Corporate Creations, we take pride in developing systems that effectively manage risk so our clients feel comfortable with the reliability of our service. We always deliver service of process so our clients avoid the risk of a default judgment. As registered agent, our role is to receive and forward service of process. To decrease risk for our clients, it is not our role to determine the merits of whether service of process is valid and effective. It is the role of legal counsel to assess whether service of process is invalid or defective. Registered agent services are provided by Corporate Creations Network Inc.

Claude Owen Wilson
C/o Felecia Grimes (P.O.A)
3605 Fortune Lane
Portsmouth Va- 23703

Memorandum of Record

March 10, 2021

THE GEO Group INC.
C/o Registered Agent
Corporation Creation Network INC.
425 W. Washington Street Suite 4
Suffolk Va- 23434

## LEGAL NOTICE

in re: Claim for Damages against "THE GEO GROUP INC."

At this time the Claimant Claude Owen Wilson hereby give NOTICE that in accords with Va. Code 8:01-296(2)(b), you have (10) days from reciept of this notice to make a Sworn response by affidavit Point-for-Point rebutting this Claim for damages of the Sum CERTAIN amount of $54,000,000.00 (Fifty-Four Million USD) or the equivalent thereof, or Judgment of Default will be entered against you, without further evidence in the Brunswick County Circuit Court for said Claim, in accords with Va. Code 8.01-28.

Without Prejudice;
Claude Wilson
Claude Owen Wilson
Claimant.

P. 1 of 2.

Memorandum of Record

## Certificate of Service

The Claimant hereby certifies that on this 10th day of March 2021 via his Power of Attorney Felecia Grimes did forward a copy of this notice to the Registered Agent of THE GEO GROUP INK. by Certified Mail No. 7018 3090 0001 3898 3765

Also a copy was sent to "THE GEO GROUP INC." at the LAWRENCEVILLE CORRECTIONAL CENTER @ 1607 Planters Road, Lawrenceville Virginia 23868. Via Certified mail No. 7019 2970 0001 0571 8177 in Compliance with the Statutory Provisions of 8.01-296(2)(b) for Service of Process upon natural Person; and 13.1-637 Service of Process on Corporation.

Truthfully Submitted;

Claude A. Wilson by Felecia Grimes
Felecia Grimes P.O.A
Authorized Representative
For Claimant Claude Owen Wilson
3605 Fortune Lane
Portsmouth Va. 23703

P. 2 of. 2

# Affidavit in Support of Claim for Damages. Memorandum of Record

Virginia STATE )
) Scilicet
County of Brunswick )

RE: CLAIM For Damages Against "THE GEO GROUP INCORPORATED" for Unlawful Detainer.

That I, Claude Owen Wilson, a living, breathing, man, being duly sworn, depose, and say, and declare by my signature, that the following facts are true and Correct to the best of my knowledge and belief.

1.) That I'm of sound mind and age competent to make this declaration and bear witness that in fact all statements are TRUE, not meant to mislead or harrass.

2.) That I (throughout referred to as Affiant) has never chose to waive any of my inherent rights as stated on the Public Record, nor has any Government Agency (including VA D.O.C.) or Public or Private Corporation (including THE GEO GROUP CORPORATION) has ever rebutted, or challenged this Public Statement as untrue.

3.) That on November 25, 2019 affiant hand delivered (Va. Code 8.01-296(1)) via "Emergency Grievance" (Log# 149536) a "legal NOTICE and DEMAND; 8 Pages; item # 02211974-COW-LNIS"), to the Chief Officer ("Warden") Michael J. Breckon of the "Lawrenceville CORRECTIONAL CENTER", which is under management and control of the GEO GROUP INC.

P. 1 of 7.

4.) This document (Statue Staple Securities instrument) which is a SWORN AFFIDAVIT that is filed on the Public Record in the VA Supreme Court, U.S. Dist. Court, Sec. States office; Certified mailed to the VA. Dept. of Corrections, Attorney General's office, and Governor's office; and the Brunswick County Circuit Court; gives FULL NOTICE of affiant's legal standing and capacity, as well as full disclosure of violations of rights, with assessment for liabilities.

5.) On May 11th 2020 Affiant gave notice to Micheal J. Breckon via a "VA Dept. of Corr. Regular Grievance (which was fully exhausted, see record Case No. CL 2000 00305 00 Brunswick County Circuit Court) That affiant was being UNLAWFULLY DETAINED, DUE TO FALSE ARREST, by the WILLIAMSBURG CITY/James City County Municipality. To substantiate this fact affiant had provided Proof of Counter Claim brought via Tort Claim, for FRAUD, Misapplication of STATUE and FALSE ARREST and Imprisonment (See UCC Financing Statement) This legal document of NOTICE was Stamp "Recieved" May 15th 2020 by "LVCC Grievance Dept., May 21, 2020 and May 28 2020 by Oubudsman Unit Eastern Region".

6.) Also provided within that record was the "Certified Demand for Proof of Jurisdiction" (certified mailed to Director of Va-D.O.C, Harold W. Clarke) and "Affidavit of Legal Notice and Demand" dated August 18, 2018. Neither of these documents were responded to or rebutted.

7.) Diligently exhausting my remedies in a way that is not the norm set for Prisoner's who 100% are denied Justice, Petitioned for relief in the Federal Court and was arbitrarily denied without due process, and denied Habeas Corpus in the VA Supreme Court for "STATUE OF LIMITATION" (although there is no statue of limitation on FRAUD CLAIMS.)

P 2. of 4

8.) Henceforth affiant filed an "INJUNCTION" to order release from unlawful imprisonment immediately due to the Covid-19 Pandemic. (Not to be misconstrued, this was for immediate release until my other Petitions were adjudicated.)
By this filing in the Brunswick County Circuit Court, Properly with an "Administrative Exhausted Claim", Summons was issued to "Micheal J. Breckon; WARDEN of the LAWRENCEVILLE CORRECTIONAL CENTER, located in the Venue of Brunswick County; On October 7th 2020. Proof of Service was returned October 8th 2020 by Sheriff Deputy "B. McJonny" and Served upon "Person in Charge" "Investigator E. Morgan." (see Proof of Service filed CL20000305-00)

9.) All documents previously named were attached as exhibits and served upon respondent. Furthermore before filing in Brunswick Circuit Court these documents were forwarded to the VA. D.O.C. and Attorney General's office on July 30th 2020, in accords with Va. Code 8.01-296(b)

10.) In accords with S.CT. Rule 3:5 the Summons States;
"The Party upon whom this summons and attached Complaint are served is hereby notified that unless within 21 days after such service response is made by filing in the Clerk's office of this Court a pleading in writing, in Proper legal form, the allegations and charges maybe taken as ADMITTED [emphasis added] and the Court may enter an Order, Judgement or decree against such Party either by default or after hearing evidence."
"Proof of Service" was returned within 72 hrs. (Rule 3:6) therefore Serve Process was Valid and Complete.

P. 3 of 7.

11.) The Rule of law is Clear (3:8 and 3:19(a)) if there is no response within 21 days of service the allegations are admitted and the respondent/defendant is in DEFAULT.

12.) The record in Brunswick County Circuit Court reflects that on or about November 04th 2020 the affiant filed a "Motion for entry of Default Judgement", along with Affidavit in support of, and scheduled an ex Parte hearing for Jan. 4th 2021. There still was no objections or pleadings made by respondent, but on December 30th 2020, A Judge Carson Saunders ~~struck down~~ dismissed the order stating "lack of Jurisdiction." (Subject Matter) [C.W.]

13.) Unfortunately for respondent this ruling does not excuse him of the liabilities of default and admissions of False and Unlawful imprisonment. ~~...~~ C.W. [Note: After researching "VENUE" vs. "JURISDICTION", I see that this ruling was by letter of law.]

14.) This ruling also caused affiant to question the authority and jurisdiction of the entity titled "THE GEO GROUP INC." and its Agents, who signed the Proof of Service (E. Morgan) failed to respond (Default); all the while admitting that my claim of unlawful imprisonment is true.

15.) On Feb. 15th 2021 after refusing to comply with orders from the GEO Staff (T. Patton AKA Seargant Patton) she called for extra security... (A man known to me to be Sgt. Davis, A woman known to me to be LT. F.D. Holden, and a Man known to me to be Sgt. T Fritz.) in which they used deadly force to cuff me, and take me to the "Restrictive Housing Unit" where I was further assualted by 4 more Men, Known to me by the names of; "WARDEN" "Chief Parker"; D. Hicks →

P. 4 of. 7.

Tysor. H; and Sgt. Smith (white male with "K-9" hat.)

16.) As my Proof of Claim of assault, these Agents recorded the whole incident. On this recording you will see that I constantly tried to give them LEGAL NOTICE and constantly request that it was my legal right to Due Process that at this point they Prove legal authority over affiant.

17.) It is hereforth that affiant is charging the GEO GROUP INC, in its PRIVATE CORPORATE Capacity, Operating within the Venue of Lawrenceville Virginia, at 1607 Planters Road, within the County of Brunswick (Jurisdiction) Zip Code 23868; along with its Agents, Staff, and employees, acting in Concert in their official Capacity to include;

1.) Micheal J. Breckon (Title Warden)
2.) Parker (warden)
3.) D. Hicks (Chief of Security)
4.) T. Patton (Sgt.)
(5.) F.D. Holden (LT.)
(6.) Davis (Blk male) (Sgt.)
(7) Smith (white male) (Sgt.)
(8) H. Tysor (sgt.)
(9) T. Fritz (sgt.)

for the following Torts as assessed in affiant's "LEGAL NOTICE AND DEMAND" (P. 5); (Item # 02211974-COW-LND)

i) Assault and battery ... $2,000,000.00   Per officer, Per Agent or Represent
ii) Unlawful Detention ... $2,000,000.00   "      "
iii) Obstruction of Justice ... $2,000,000.00   "      "

Sum Certain total Amount of $54 Million ($54,000,000.00) USD)

18.) Please be advise, warned, and notified that all Penalties and interest rates are as stated within the LEGAL NOTICE AND DEMAND, Page (5), ARE OWED and DUE WITHIN 10 DAYS after reciept of NOTICE.

19.) Notice of Grace: If within 10 days of reciept of this debt instrument you release me from your Custody of unlawful Imprisonment will render this debt void.

20.) In accords with VA. Code 8.01-296(1) this debt instrument was Delivered to the representing Agent of GEO Group INC. Via the Emergency Grievance Offender-Claim Form.

Executed this 19 day of Febuary 2021 A.D.

Without Prejudice;
Claude Wilson / Claimaint

Aknowledgement
Subscribed TO AND SWORN before me this 19th day of Febuary 2021 A.D. a Notary, that Claude Wilson Personally appeared and known to me to be the man whose name Subscribe to the within instrument and acknowledged to be the Same.

Alexis T. Lundy
Notary Public

SEAL -

[Notary Seal: ALEXIS T LUNDY, NOTARY PUBLIC, REG. #7889755, MY COMMISSION EXPIRES 10/31/2024, COMMONWEALTH OF VIRGINIA]

My Commission Exp. 10/31/2024

P. 6. of 7.

# Certificate of Service

I Claude Owen Wilson hereby certify that on this 19th day of February 2021 did serve a copy of this Affidavit, notifying GEO GROUP INC. Representing Agent Michael J. Breckon of the debt enclosed, by way of hand delivery (through Grievance Claim) Log# #155254 02/19/2021 @ 7:30 P.M.

Without Prejudice;

Claude Wilson / Claimant

P. 9 of 14

VIRGINIA:

IN THE CIRCUIT COURT of BRUNSWICK COUNTY

Claude Owen Wilson

In re: GEO GROUP INC./LAWRENCEVILLE CORRECTIONAL CENTER

## MOTION FOR JUDGMENT

At this time the Claimant Claude Owen Wilson moves the Court for Judgment on affidavit for Damages, against the GEO GROUP INC. in accords with Va. Code 8.01-28.

The Claimant hereby states that lawful Notice was given to defendant in accords with Va. Code 8.01-296(B), and defendant failed to respond.

Attached are all accounts, and Proof of Notices, with sworn affidavits of Due amount, and Debt owe and unpaid.

Executed this 2ND day of March 2021 A.D.

Without Prejudice;
Claude Wilson

Claude Owen Wilson

Memorandum of Record

## Affidavit in Claim of Debt

Virginia STATE )
            ) Scilicet
County of Brunswick )

Re: Debt for Tort Damages by "THE GEO GROUP INC."

I Claude Owen Wilson, hereby duly sworn, depose, and declare by my autograph (signature) the the following statement is TRUE, CORRECT, and COMPLETE.

1.) That on 02/19/2021 I served the Principal, Chief Officer and Representing Agent Micheal J. Breckon, of the GEO Group INC. operating as "WARDEN" of the LAWRENCEVILLE CORRECTIONAL CENTER, via an "Emergency Grievance - C.O.W. Claim" (Log # 155054) a Claim for Damages for the SUM CERTAIN Amount of $54,000,000.00 (Fifty-Four Million) USD.

2.) This Claim was for Tort injuries inflicted upon Claimant by Agents operating in their Official Capacity as employees of the GEO GROUP INC.

AFFIDAVIT OF DEBT      P. 1. of. 3.      Item No. 02242021-AOD

3.) Breckon was warned and given NOTICE that this debt was OWED and DUE 10 days after reciept of Notice, with a Notice of Grace, that if Claimant is released from Unlawful Imprisonment BEFORE the 10 days, this debt would be Void.

4.) As of date of this DEBT NOTE, signed and witnessed by Notary Public the Debtor has DISHONORED Payment, within the notified given time, as well as failed to release Claimant from its Unlawful authority of Imprisonment.

5.) Its hereby that I certify by this affidavit that the GEO Group INC. OWES THE Sum CERTAIN Amount of $54,000,000.00 (Fifty-four Million) DUE AND UNPAID, to the Claimant Claude Owen Wilson, who is still being held unlawfully on it Property located at 1607 Planters Road.

6.) Interest on this Debt is assessed within the "LEGAL NOTICE and DEMAND" (Item # 0221974-COW-LND; Page 5) filed on Public Record In Brunswick County Circuit Court CL200030500) and as account, with this debt note.

Further Affiant sayth nay

Executed this 2nd day of March 2021 AD.

Without Prejudice;
Claude Wilson

Notary Aknowleclgement on Next Page →

Affidavit of Debt    P.2 of 3                    Item 02242021-AOD

## Acknowledgement

SUBSCRIBED TO AND SWORN before me this 8th day of March 2021 A.D. a Notary, that Claude Owen Wilson Personally known to me to be the man whose name subscribed to the within Instrument and acknowledged to be the same.

_Alice Mae Edwards_
Notary Public

SEAL:

ALICE M. EDWARDS
NOTARY PUBLIC
REG# 720925
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES DECEMBER 31, 2022

Commission Expires 12-31-2022

## Certificate of Service

I Claimant Claude Owen Wilson hereby Certify that a copy of this Debt instrument was mailed to the Geo Group Inc./Lawrenceville Correctional Center via Certified Mail (#7018 0360 0001 9620 0021) on this 8th day of March 2021.

Affidavit of Debt

P. 3. of. 3

Item# 0224/2021-AOD



**VIRGINIA DEPARTMENT OF CORRECTIONS**

*To Be Served to WARDEN*

Emergency Grievance 866_F4_4-16

## Emergency Grievance   Log # 155054

*Emergency Grievances are provided for offender reporting and expedited staff responses to allegations that an offender is subject to a substantial risk of imminent sexual abuse and to situations or conditions which may subject the offender to immediate risk of serious personal injury or irreparable harm.*

| Offender Last Name | First | Number | Facility | Building-Cell/Bed |
|---|---|---|---|---|
| WILSON | Claude | 1182228 | LVCC | 1-228 |

### PART A- OFFENDER CLAIM

What is the emergency?  [10 Pages Attached]

In Pursuant to VA. Code 8.01-296 (1) (Manner of Service of Process upon Natural Person) and under the extraordinary circumstances of Claimant being under disability by respondent, in good faith and due diligence, is using this form as notice and Service of Process for "Claim for Damages Against the GEO Group Inc." through its Representing Agent as signed for on returned reciept.

02/19/2021  1:00 p.m.     Claude Wilson #1182228
Date/Time                              Offender Signature and Number

### PART B- STAFF RESPONSE
(This part is to be completed and returned to the offender within eight (8) hours.)

[ ] Your grievance does not meet the definition for an emergency. Action Taken/Recommended:
  [ ] Submit Informal Complaint      [ ] Evaluated by Medical: Date Seen _____
  [ ] Submit Sick Call Request       [ ] Send an Offender Request To: _____
  [ ] Submit Request to Dental      [ ] Other (Provide detailed explanation below)

[ ] Your grievance has been determined to be an emergency and the following action has been taken:
  [ ] Sent to Hospital: Date Transported _____     [ ] Other (Provide detailed explanation below)

_____
Date/Time        Respondent Signature        Name/Title Printed

[ ] **PREA** - Alleged incident of sexual abuse or sexual harassment; Shift Commander, Facility Unit Head or Administrative Duty Officer, and facility PREA Compliance Manager notified

Alleged sexual abuse or sexual harassment   [ ] Will be referred for Investigation

Determination by: _____
           Signature        Name/Title Printed        Date/Time

Distribution: Original Grievance returned to Offender, Copy forwarded to Institutional Ombudsman/Grievance Coordinator

[Detach here]
### PART C- RECEIPT   Log #: 155054

| Offender Last Name | First | Number | Facility | Building-Cell/Bed |
|---|---|---|---|---|
| Wilson | Claude | 1182228 | LVCC | 1-228 |

I acknowledge receipt of this complaint from the above offender. [Complete and issue to offender if taking from his/her presence for response.]

2-19-2021 / 7:30 PM     [signature]     C/O D. Jackson
Date/Time        Recipient's Signature (Staff Member)        Name/Title Printed

*Revision Date: 4/25/16*

**PROOF OF SERVICE**
COMMONWEALTH OF VIRGINIA
Rule 3:6

Case No. CR20000305-00
Service No. ................................................... (Clerk's use only)

BRUNSWICK COUNTY CIRCUIT COURT ............................................ Circuit Court

216 NORTH MAIN ST, LAWRENCEVILLE, VA 23868
ADDRESS OF COURT

CLAUDE OWNE WILSON   v.   MICHAEL J. BRECKON, WARDEN

Service on: MICHAEL J. BRECKON, WARDEN

LAWRENCEVILLE CORRECTIONAL CENTER     BRUNSWICK
LAWRENCEVILLE, VA                                         CITY OR COUNTY

Return shall be made hereon, showing service of the following:

[ ] Summons issued on: ..............................................................
DATE

[ ] Order dated ........................................

[X] INJUCTIVE RELIEF

with a copy of the following documents filed on ............................................. attached:
DATE

RECEIVED & FILED
BRUNSWICK CO. CIRCUIT COURT

OCT 0 8 2020

Jacqueline S. Morgan, Clerk
BY: _____ D.C.

**RETURN OF SERVICE**

[ ] Personal Service   [X] Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above:
[X] PERSON IN CHARGE — JM E MORGAN

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)
[ ] Served on Secretary of the Commonwealth.
[ ] Served on the Clerk of the State Corporation Commission pursuant to Virginia Code § 8.01-513.
[ ] Served on registered agent of the corporation. List name and title: ..........................

[ ] By substituted service on the registered agent pursuant to Virginia Code § 8.01-299(3)

[ ] Served on the Commissioner of the Department of Motor Vehicles.
FOR GARNISHMENT OF FEDERAL WAGES ONLY:
[ ] Pursuant to 5 U.S.C. § 5520a, service by certified or registered mail, return receipt requested.

[ ] not found                    _____, Sheriff
Date: 10-7-20    by  Sgt B McKenney , Deputy Sheriff
                        BRUNSWICK
                                          CITY OR COUNTY

FORM CC-1405 MASTER 07/16

MAR 1 5 2021