IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CLAUDE OWEN WILSON,

    Plaintiff,

v.      Civil Action Number 3:21CV245

THE GEO GROUP, INC,

    Defendant.

## MEMORANDUM OPINION
(Dismissing Action Without Prejudice)

Plaintiff, a Virginia prisoner, filed this action in the Circuit Court for the County of Brunswick. Defendant removed that action to this Court. By Memorandum Order entered on May 11, 2021, the Court concluded that Plaintiff's Complaint failed to comply with Federal Rule of Civil Procedure 8(a) and directed Plaintiff to file a complaint that complied with Federal Rule of Civil Procedure 8(a) within twenty (20) days of the date of entry thereof. The Court warned Plaintiff that if he failed to file an appropriate complaint within the above time period, the action would be dismissed without prejudice. *See* Fed. R. Civ. P. 41(b).

More than twenty (20) days have elapsed since the entry of the May 11, 2021 Memorandum Order and Plaintiff has not filed an appropriate complaint or otherwise

responded to that Memorandum Order. Accordingly, the action will be dismissed without prejudice.

An appropriate Order will accompany this Memorandum Opinion.

                                                          /s/

                                HENRY E. HUDSON

Date: June 17, 2021        SENIOR UNITED STATES DISTRICT JUDGE
Richmond, Virginia